UNITED FRUIT CO. et al. v. STEELE et al. CAMORS et al. v. SAME. STEELE et al. v. UNITED FRUIT CO. et al. (Circuit Court of Appeals, Fifth Circuit. April 9, 1912.) No. 2,298. Appeals and Cross-Appeal from the Circuit Court of the United States for the Eastern District of Louisiana. Wm. C. Dufour and H. G. Dufour, for Charles and Jacob Weinberger. Abraham Goldberg, for Bluefields Steamship Co., A. B. Orr, S. H. Baker, and Victor Camors. Charles Payne Fenner and W. B. Spencer, for United Fruit Co. J. Blanc Monroe, Monte M. Lemann, and Chas. J. Theard, for Frederick Camors and George Rueff. Ernest Dale Owen, W. L. Hughes, J. D. Rouse, Wm. Grant, W. B. Grant, and Henry P. Dart, for Frederick M. Steele and others. Before McCORMICK and SHELBY, Circuit Judges, and MAXEY, District Judge.

PER CURIAM. This cause has been twice argued orally, and has been fully considered, with the aid of elaborate and exhaustive briefs. We have all reached the conclusion that there is no reversible error shown by the record, and that the conclusions of the lower court are sustained by the evidence. The decrees appealed from are therefore affirmed, both on the appeals and the cross-appeal. The appellants are taxed with the costs of the appeals, and the cross-appellants with the costs of the cross-appeal. Affirmed.

---

UNITED STATES v. BENNETT (eight cases). (Circuit Court of Appeals, Second Circuit. February 26, 1912.) Nos. 99, 100, 104, 105, 109, 110, 116, 117. In Error to the Circuit Court of the United States for the Southern District of New York. A. S. Pratt, U. S. Atty. W. D. Guthrie, for appellees. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. In our opinion, the questions arising in these causes should be certified to the United States Supreme Court, in order that they may be heard before that tribunal with the causes involving similar questions, which have been taken up by direct appeal to the Supreme Court. Counsel may prepare forms of certificate and questions.

---

WORCESTER GASLIGHT CO. v. COMBUSTION UTILITIES CORPORATION et al. (Circuit Court of Appeals, First Circuit. April 26, 1912.) No. 948. Appeal from the Circuit Court of the United States for the District of Massachusetts. John H. Roney, of Pittsburgh (William A. Copeland and Macleod, Calver, Copeland & Dike, on the brief), for appellant. Harold Binney, of New York City (Odin Roberts, Roberts & Cushman, and Binney & Mastick, on the brief), for appellees. Before COLT and PUTNAM, Circuit Judges, and ALDRICH, District Judge.

PER CURIAM. Having carefully considered the propositions of the parties and their counsel, and the opinion of the learned judge who heard this case in the Circuit Court, we are satisfied with his conclusions and the reasons given by him therefor. The decree of the Circuit Court (190 Fed. 155) is affirmed, with costs of appeal to the appellees.